RECEIVED

SEP - 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ANNIE RHONE<br>    Plaintiff | ) ) ) | CIVIL ACTION NO. 06-0786 |
| VERSUS | ) ) | JUDGE DOHERTY |
| EDWARD RHONE<br>    Defendant/Counter Claimant | ) ) ) | MAGISTRATE JUDGE HILL |
| VERSUS | ) ) | |
| UNITED STATES OF AMERICA,<br>on behalf of SOCIAL SECURITY<br>ADMINISTRATION; | ) ) ) ) | |
| STATE OF LOUISIANA, on behalf<br>of LA. DEPT. OF SOCIAL SERVICES; | ) ) ) | |
| WAYNE COUNTY FRIEND OF<br>COURT, FAMILY DIVISION OF THE<br>THIRD JUDICIAL DIST. COURT OF<br>MICHIGAN; | ) ) ) ) ) | |
| ANNIE RHONE<br>    Counter-Defendants | ) ) | |

## ORDER

This matter having come before this Court on the joint motion filed on behalf of

Edward Rhone and the United States of America, through the Social Security

Administration, and, upon due consideration, now therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the joint motion is

1

granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the April 26, 2006, judgment issued against the Social Security Administration is vacated and hereby determined to be void with respect to any claim asserted against the Social Security Administration by Edward Rhone.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Edward Rhone asserted against the Social Security Administration and the United States of America be and the same are hereby dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that since it appears that the jurisdiction of this Court no longer extends to the subject matter of Edward Rhone's claims, this matter is remanded to the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana.

**THUS DONE AND SIGNED** this 8 day of Sept, 2006, in Lafayette, Louisiana.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE

David –
See minute entry of Sept 8, 2006

2